IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MEYER, et al., | No. C 08-4372 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER RE SERVICE** |
| CITY OF CLEARLAKE, et al., | |
| Defendant(s). | |

On December 4, 2008, the Court ordered the parties to inform it as to whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. (Dkt. #6.) The parties were to inform the Court of their decision by December 18, 2008. As part of the December 4 Order, Plaintiffs were to serve the order upon all named defendants that have not made an appearance in this case (i.e., all defendants except City of Clearlake and Pacific Gas & Electric Company). As none of these defendants filed their consent or declination, it is not clear that Plaintiffs complied with the service portion of the order. Given Defendant PG&E's pending motion to dismiss, it is imperative that the Court determine whether this case can proceed before Magistrate Judge James. Accordingly, the Court hereby ORDERS as follows:

1) If Plaintiffs have already served all defendants with the December 4 Order, they shall file all proofs of service by December 24, 2008.

2)  If Plaintiffs failed to comply with the December 4 Order, they shall file a declaration establishing good cause for the failure by December 24, 2008.  Plaintiffs shall then serve the December 4 Order by December 30, 2008.  All defendants, with the exception of City of Clearlake and PG&E, shall filed their consent/declination forms by January 9, 2009.

**Plaintiffs shall also serve this Order upon all defendants that have not already made an appearance.**

**IT IS SO ORDERED.**

Dated: December 19, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
For the Northern District of California