1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF CLEARLAKE

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MEYER AND MARILYN MEYER, | Case No. C 08 4372 |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, JOSEPH ROOD, SARGENT RHODES, PACIFIC GAS & ELECTRIC, AND ALL AMERICAN TOWING, | Date:       January 8, 2009<br>Time:       10:00 a.m.<br>Courtroom:  B, 15th Floor<br><br>Judge:      Hon. Maria-Elena James |
| Defendants. | |

The parties that have appeared in the above-captioned action thus far, through their respective counsel, hereby stipulate to continue the Initial Case Management Conference currently scheduled for January 8, 2009, at 10:00 a.m., to March 5, 2009, at 10:00 a.m. The grounds for this continuance are:

    1.    The additional named defendants have not yet appeared in this action and thus have not had the opportunity to consent to or decline the assignment of the action to a United States Magistrate Judge for all purposes;

///

///

///

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
J:\1427\sf0003\P-stip.cont.cmc.wpd

1      2.    Defendant PACIFIC GAS & ELECTRIC COMPANY's motion to dismiss pursuant to FRCP 12(b)(6) will still be pending as of January 8, 2009.

SO STIPULATED.

Dated: January 6, 2009.

                      LOW, BALL & LYNCH

                      By_____
                      DALE L. ALLEN, JR.
                      DIRK D. LARSEN
                      Attorneys for Defendant
                      CITY OF CLEARLAKE

Dated: January _____, 2009.

                      CLARENCE & DYER LLP


                      By_____
                      KATE DYER
                      CRAIG H. BESSENGER
                      Attorneys for Defendant
                      PACIFIC GAS & ELECTRIC COMPANY

Dated: January _____, 2009.



                      _____
                      FREAR STEPHEN SCHMID
                      Attorney for Plaintiffs
                      GRANT MEYER AND MARILYN MEYER

IT IS SO ORDERED.

        January 6, 2009
Dated: _____.

                      _____
                      HON. MARIA-ELENA JAMES
                      UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
J:\1427\sf0003\P-stip.cont.cmc.wpd

2. Defendant PACIFIC GAS & ELECTRIC COMPANY's motion to dismiss pursuant to FRCP 12(b)(6) will still be pending as of January 8, 2009.

SO STIPULATED.

Dated: January ____, 2009.

                LOW, BALL & LYNCH

                By_____
                DALE L. ALLEN, JR.
                DIRK D. LARSEN
                Attorneys for Defendant
                CITY OF CLEARLAKE

Dated: January 5, 2009.

                CLARENCE & DYER LLP

                By /s/ _____
                KATE DYER
                CRAIG H. BESSENGER
                Attorneys for Defendant
                PACIFIC GAS & ELECTRIC COMPANY

Dated: January ____, 2009.

                _____
                FREAR STEPHEN SCHMID
                Attorney for Plaintiffs
                GRANT MEYER AND MARILYN MEYER

IT IS SO ORDERED.

Dated: _____.

                _____
                HON. MARIA-ELENA JAMES
                UNITED STATES MAGISTRATE JUDGE

1  2.  Defendant PACIFIC GAS & ELECTRIC COMPANY's motion to dismiss pursuant to FRCP
2  12(b)(6) will still be pending as of January 8, 2009.
3  SO STIPULATED.

5  Dated: January _____, 2009.

6                                              LOW, BALL & LYNCH

8                                              By_____
9                                              DALE L. ALLEN, JR.
                                               DIRK D. LARSEN
                                               Attorneys for Defendant
10                                             CITY OF CLEARLAKE

11  Dated: January _____, 2009.

12                                              CLARENCE & DYER LLP

14                                              By_____
15                                              KATE DYER
                                                CRAIG H. BESSENGER
                                                Attorneys for Defendant
16                                              PACIFIC GAS & ELECTRIC COMPANY

17  Dated: January 5, 2009.

19                                              _____
                                                FREAR STEPHEN SCHMID
20                                              Attorney for Plaintiffs
                                                GRANT MEYER AND MARILYN MEYER

22  IT IS SO ORDERED.

24  Dated: _____.

26                                              _____
                                                HON. MARIA-ELENA JAMES
27                                              UNITED STATES MAGISTRATE JUDGE

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
J:\1427\af0003\P-stip.cont.cmc.wpd