1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF CLEARLAKE
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 GRANT MEYER AND MARILYN MEYER,        )   Case No. C 08 4372
                                          )
12                    Plaintiffs,         )   STIPULATION AND [PROPOSED]
                                          )   ORDER TO CONTINUE INITIAL
13     vs.                                )   CASE MANAGEMENT
                                          )   CONFERENCE
14 CITY OF CLEARLAKE, ALLAN McLAIN, LEE   )
   LAMBERT, JANINE LOWE, SCOTT SPIVEY,    )   Date:       January 8, 2009
15 CURT GIAMBRUNO, CHUCK LEONARD, JUDY    )   Time:       10:00 a.m.
   THEIN, ROY SIMONS, TODD MILLER, CARL   )   Courtroom:  B, 15th Floor
16 MILLER, JOSEPH ROOD, SARGENT RHODES,   )
   PACIFIC GAS & ELECTRIC, AND ALL        )   Judge:      Hon. Maria-Elena
17 AMERICAN TOWING,                       )               James
                                          )
18                    Defendants.         )
                                          )
19 _____)

20       The parties that have appeared in the above-captioned action thus far, through their respective counsel,

21 hereby stipulate to continue the Initial Case Management Conference currently scheduled for January 8, 2009,

22 at 10:00 a.m., to March 5, 2009, at 10:00 a.m. The grounds for this continuance are:

23       1.    The additional named defendants have not yet appeared in this action and thus have not had the

24 opportunity to consent to or decline the assignment of the action to a United States Magistrate Judge for all

25 purposes;

26 ///

27 ///

28 ///

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
J:\1427\sf0003\P-stip.cont.cmc.wpd

2.      Defendant PACIFIC GAS & ELECTRIC COMPANY's motion to dismiss pursuant to FRCP 12(b)(6) will still be pending as of January 8, 2009.

SO STIPULATED.

Dated: January 6, 2009.

                              LOW, BALL & LYNCH

                              By_____
                              DALE L. ALLEN, JR.
                              DIRK D. LARSEN
                              Attorneys for Defendant
                              CITY OF CLEARLAKE

Dated: January _____, 2009.

                              CLARENCE & DYER LLP


                              By_____
                              KATE DYER
                              CRAIG H. BESSENGER
                              Attorneys for Defendant
                              PACIFIC GAS & ELECTRIC COMPANY

Dated: January _____, 2009.



                              _____
                              FREAR STEPHEN SCHMID
                              Attorney for Plaintiffs
                              GRANT MEYER AND MARILYN MEYER


IT IS SO ORDERED.

        January 6, 2009
Dated: _____.


                              _____
                              HON. MARIA-ELENA JAMES
                              UNITED STATES MAGISTRATE JUDGE

2. Defendant PACIFIC GAS & ELECTRIC COMPANY's motion to dismiss pursuant to FRCP 12(b)(6) will still be pending as of January 8, 2009.

SO STIPULATED.

Dated: January ____, 2009.

          LOW, BALL & LYNCH

By_____
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendant
CITY OF CLEARLAKE

Dated: January 5, 2009.

          CLARENCE & DYER LLP

By_____
KATE DYER
CRAIG H. BESSENGER
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

Dated: January ____, 2009.

_____
FREAR STEPHEN SCHMID
Attorney for Plaintiffs
GRANT MEYER AND MARILYN MEYER

IT IS SO ORDERED.

Dated: _____.

_____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

2. Defendant PACIFIC GAS & ELECTRIC COMPANY's motion to dismiss pursuant to FRCP 12(b)(6) will still be pending as of January 8, 2009.

SO STIPULATED.

Dated: January _____, 2009.

          LOW, BALL & LYNCH

By_____
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendant
CITY OF CLEARLAKE

Dated: January _____, 2009.

          CLARENCE & DYER LLP

By_____
KATE DYER
CRAIG H. BESSENGER
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

Dated: January 5, 2009.

_____
FREAR STEPHEN SCHMID
Attorney for Plaintiffs
GRANT MEYER AND MARILYN MEYER

IT IS SO ORDERED.

Dated: _____.

_____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE