IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MEYER, et al., | No. C 08-4372 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER RE SERVICE** |
| CITY OF CLEARLAKE, et al., | **ORDER CONTINUING HEARING RE: PG&E'S MOTION TO DISMISS** |
| Defendant(s). | |

The Court is in receipt of Plaintiffs' counsel's Declaration Re: Service, filed December 22, 2008. Based upon counsel's declaration, the Court hereby ORDERS as follows:

1) As to all defendants except City of Clearlake, Pacific Gas & Electric Company, and All American Towing, the Court shall permit additional time to determine whether counsel for Defendant City of Clearlake will also represent them. Accordingly, all defendants, except those noted above, shall file their magistrate judge jurisdiction consent or declination form by January 30, 2009.

2) Defendant All American Towing must file its magistrate judge jurisdiction consent or declination form by January 9, 2009. If All American Towing fails to file the form by January 9, Plaintiffs shall file a request for entry of default by January 21, 2009.

3) As Defendant Pacific Gas & Electric Company's Motion to Dismiss remains pending, and

any such dispositive motion has the potential to affect parties in this matter that have not consented to the undersigned's jurisdiction, the Court hereby CONTINUES the hearing on PG&E's motion from January 22, 2009, to February 19, 2009 at 10:00 a.m in Courtroom B. This continuance shall not affect the briefing schedule.

**Plaintiffs shall also serve this Order upon all defendants that have not already made an appearance.**

**IT IS SO ORDERED.**

Dated: January 6, 2009

MARIA-ELENA JAMES
United States Magistrate Judge