IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRANT MEYER, et al.,

    Plaintiff(s),

 vs.

CITY OF CLEARLAKE, et al.,

    Defendant(s).

No. C 08-4372 MEJ

**ORDER CONTINUING HEARING RE: MOTION TO DISMISS**

**ORDER VACATING CMC**

     Pending before the Court is Defendant PG&E's Motion to Dismiss, with a scheduled hearing date of February 19, 2009. (Dkt. #4.) The Court hereby CONTINUES the hearing to March 26, 2009 at 10:00 a.m. in Courtroom B. Further, the Court VACATES the March 5, 2009 Case Management Conference, and shall reschedule the conference upon resolution of Defendant's motion to dismiss.

     **IT IS SO ORDERED.**

Dated: February 18, 2009

MARIA-ELENA JAMES
United States Magistrate Judge