IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MEYER, et al., | No. C 08-4372 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER CONTINUING HEARING RE: MOTION TO DISMISS** |
| CITY OF CLEARLAKE, et al., | **ORDER VACATING CMC** |
| Defendant(s). | |

Pending before the Court is Defendant PG&E's Motion to Dismiss, with a scheduled hearing date of February 19, 2009. (Dkt. #4.) The Court hereby CONTINUES the hearing to March 26, 2009 at 10:00 a.m. in Courtroom B. Further, the Court VACATES the March 5, 2009 Case Management Conference, and shall reschedule the conference upon resolution of Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: February 18, 2009

MARIA-ELENA JAMES
United States Magistrate Judge