1   FREAR STEPHEN SCHMID, CSB NO. 96089
    ATTORNEY AT LAW
2   177 POST STREET, SUITE 890
    SAN FRANCISCO, CA 94108
3   TELEPHONE: (415) 788-5957
    FACSIMILE: (415) 788-5958
4
    Attorneys for Plaintiffs
5   GRANT MEYER AND MARILYN MEYER

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  GRANT MEYER AND MARILYN            No.  C-08-4372 MEJ
    MEYER,
12                                     STIPULATED DISMISSAL OF ACTION
                Plaintiffs,            BY PLAINTIFFS AS AGAINST
13                                     DEFENDANT ALL AMERICAN
    v.                                 TOWING ONLY [FEDERAL RULE
14                                     OF CIVIL PROCEDURE  41]
    CITY OF CLEARLAKE, ALLAN McLAIN,
15  LEE LAMBERT, JANINE LOWE,
    SCOTT SPIVEY, CURT GIAMBRUNO,
16  CHUCK LEONARD, JUDY THEIN, ROY
    SIMONS, TODD MILLER, CARL
17  MILLER, JOSEPH RODD, SARGENT
    RHODES, PACIFIC GAS & ELECTRIC
18  COMPANY, AND ALL AMERICAN
    TOWING,
19
                Defendants.
20  _____/

21

22

23        Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs Grant Meyer and

24  Marilyn Meyer voluntarily dismiss their claims against defendant All American Towing

25  with prejudice, each party to bear their own costs and attorney fees.  All parties to this

26  litigation have stipulated to said dismissal as indicated by signature of counsel below

27  representing all parties.

28  ///

                                        1

1    DATED: June 30, 2009                Respectfully submitted,

2
                                         /s/ *Frear Stephen Schmid*
3                                        Frear Stephen Schmid, Attorneys for
                                         Plaintiffs GRANT MEYER AND
4                                        MARILYN MEYER

5
     DATED: June 25, 2009                LOW BALL & LYNCH
6

7                                        /s/ *Mark F. Hazelwood*
                                         Mark F. Hazelwood, Attorneys for
8                                        Defendants CITY OF CLEARLAKE,
                                         ALLAN McLAIN, LEE LAMBERT,
9                                        JANINE LOWER, SCOTT SPIVEY,
                                         CURT GIAMBRUNO, CHUCK
10                                       LEONARD, JUDY THEIN, ROY
                                         SIMONS, TODD MILLER, CARL
11                                       MILLER, JOSEPH RODD, and BRETT
                                         RHODES
12

13   DATED: June 30, 2009                CLARENCE & DYER, LLP

14
                                         /s/ *Kate Dyer*
15                                       Kate Dyer, Attorneys for PACIFIC GAS
                                         & ELECTRIC COMPANY
16

17   DATED: June 23, 2009                LOMBARDI LOPER & CONANT, LLP

18
                                         /s/ Bradley D. Fell
19                                       Bradley D. Fell, Attorneys for ALL
                                         AMERICAN TOWING
20

21

22

23              Dated: July 2, 2009

24                                                    GRANTED

25

26                                       UNITED STATES DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA
27                                       Judge Maria-Elena James

28

                                         2