```
FREAR STEPHEN SCHMID, CSB NO. 96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 788-5957
FACSIMILE: (415) 788-5958

Attorneys for Plaintiffs
GRANT MEYER AND MARILYN MEYER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MEYER AND MARILYN MEYER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, JOSEPH RODD, SARGENT RHODES, PACIFIC GAS & ELECTRIC COMPANY, AND ALL AMERICAN TOWING,<br><br>　　　　Defendants.<br>_____/ | No. C-08-4372 MEJ<br><br>STIPULATED DISMISSAL OF ACTION BY PLAINTIFFS AS AGAINST DEFENDANT ALL AMERICAN TOWING ONLY [FEDERAL RULE OF CIVIL PROCEDURE 41] |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs Grant Meyer and Marilyn Meyer voluntarily dismiss their claims against defendant All American Towing with prejudice, each party to bear their own costs and attorney fees. All parties to this litigation have stipulated to said dismissal as indicated by signature of counsel below representing all parties.

///

---
1
STIPULATED DISMISSAL OF ACTION AS AGAINST ALL AMERICAN TOWING ONLY

| | | |
|---|---|---|
| 1 | DATED: June 30, 2009 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Frear Stephen Schmid* |
| | | Frear Stephen Schmid, Attorneys for Plaintiffs GRANT MEYER AND MARILYN MEYER |
| 4 | | |
| 5 | | |
| 6 | DATED: June 25, 2009 | LOW BALL & LYNCH |
| 7 | | /s/ *Mark F. Hazelwood* |
| | | Mark F. Hazelwood, Attorneys for Defendants CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWER, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, JOSEPH RODD, and BRETT RHODES |
| 13 | DATED: June 30, 2009 | CLARENCE & DYER, LLP |
| 14 | | |
| 15 | | /s/ *Kate Dyer* |
| | | Kate Dyer, Attorneys for PACIFIC GAS & ELECTRIC COMPANY |
| 17 | DATED: June 23, 2009 | LOMBARDI LOPER & CONANT, LLP |
| 18 | | |
| 19 | | /s/ *Bradley D. Fell* |
| | | Bradley D. Fell, Attorneys for ALL AMERICAN TOWING |
| 23 | Dated: July 2, 2009 | GRANTED  Judge Maria-Elena James  UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |

2
STIPULATED DISMISSAL OF ACTION AS AGAINST ALL AMERICAN TOWING ONLY