1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF CLEARLAKE, ALLAN McLAIN,
6  LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY,
   CURT GIAMBRUNO, CHUCK LEONARD,
7  JUDY THEIN, ROY SIMONS, TODD MILLER,
   CARL MILLER, RODD JOSEPH, AND BRETT RHODES

8

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12
   GRANT MEYER AND MARILYN MEYER,        )   Case No. 3:08-cv-04372 MEJ
13                                        )
                       Plaintiffs,        )   STIPULATION AND
14                                        )   ~~[PROPOSED]~~ ORDER TO
          vs.                             )   CONTINUE PRETRIAL
15                                        )   DEADLINES
   CITY OF CLEARLAKE, ALLAN McLAIN, LEE  )
16  LAMBERT, JANINE LOWE, SCOTT SPIVEY,   )
   CURT GIAMBRUNO, CHUCK LEONARD, JUDY   )
17  THEIN, ROY SIMONS, TODD MILLER, CARL  )
   MILLER, JOSEPH ROOD, SARGENT RHODES,  )
18  PACIFIC GAS & ELECTRIC, AND ALL       )
   AMERICAN TOWING,                       )
19                                        )
                       Defendants.        )
20                                        )
                                          )
21  _____      )

22         The parties to the above-captioned action, through their respective counsel, hereby stipulate as

23  set forth below, and request that the Court enter an order pursuant to their stipulation:

24         1.      To continue the deadline for all discovery from December 11, 2009, to January 11, 2010;

25         2.      To continue the deadline for the disclosure of expert witnesses from November 16, 2009,

26  to December 16, 2009;

27         3.      To continue the deadline for the disclosure of rebuttal expert witnesses from November

28  25, 2009, to December 23, 2009;

-1-
J:\1427\sf0003\Pld\P-stip-cont-disc.wpd                                          Case No. 3:08-cv-04372 MEJ

1        4.     To continue the hearing of any dispositive motions from February 11, 2010, at

2  10:00 a.m., to February 25, 2010, at 10:00 a.m., or to a date as soon thereafter as may be convenient for

3  the Court, with the deadlines for filing moving, opposition and reply papers in accordance with Civil

4  L.R. 7-2 and 7-3.

5        The parties do not request a continuance of the trial date or the remaining pretrial deadlines.

6        Good cause exists for the requested continuance in that:

7        1.     The parties attended a productive early neutral evaluation session in August 2009, after

8  which they exchanged written discovery;

9        2.     The City of Clearlake defendants met and conferred with the other parties regarding

10  scheduling the depositions of both plaintiffs pursuant to Civil L.R. 30-1, and all parties agreed on the

11  dates of November 3 and 4, 2009.  On November 2, 2009, one attorney for the City of Clearlake

12  defendants became ill with influenza, and the other attorney for these defendants had pre-scheduled

13  appointments for November 3 and 4.  Accordingly, the City of Clearlake defendants were not able to

14  take the plaintiffs' depositions as planned.  As counsel for plaintiffs is in trial until approximately the

15  Thanksgiving holiday, the parties anticipate scheduling the plaintiffs' depositions for the first two weeks

16  of December 2009;

17        3.     The disclosure of experts and analysis of potential dispositive motions will depend to a

18  large degree on plaintiffs' deposition testimony;

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    4.    The parties request a continuance only of the discovery and dispositive-motion deadlines,

2   not of the trial date or other pretrial deadlines, and do not anticipate that the approximately one-month

3   continuance will affect their ability to prepare for trial.

4        SO STIPULATED.

5

6        Dated: November 12, 2009.

7                                      LOW, BALL & LYNCH

8

9                                      By___s/ Dirk D. Larsen_____
                                          MARK F. HAZELWOOD
10                                         DIRK D. LARSEN
                                          Attorneys for Defendants
11                                         CITY OF CLEARLAKE, ALLAN McLAIN,
                                          LEE LAMBERT, JANINE LOWE, SCOTT
12                                         SPIVEY, CURT GIAMBRUNO, CHUCK
                                          LEONARD, JUDY THEIN, ROY SIMONS, TODD
13                                         MILLER, CARL MILLER, RODD JOSEPH, AND
                                          BRETT RHODES
14

15        Dated:  November _____, 2009.

16                                      CLARENCE & DYER LLP

17

18                                      By_____
                                          KATE DYER
19                                         CRAIG H. BESSENGER
                                          Attorneys for Defendant
20                                         PACIFIC GAS & ELECTRIC COMPANY

21        Dated: November 12, 2009.

22

23                                      ___s/ Frear Stephen Schmid_____
                                          FREAR STEPHEN SCHMID
24                                         Attorney for Plaintiffs
                                          GRANT MEYER AND MARILYN MEYER
25

26

27

28

-3-

4.      The parties request a continuance only of the discovery and dispositive-motion deadlines, not of the trial date or other pretrial deadlines, and do not anticipate that the approximately one-month continuance will affect their ability to prepare for trial.

SO STIPULATED.


Dated: August _____, 2009.

                                        LOW, BALL & LYNCH


                                        By_____
                                           MARK F. HAZELWOOD
                                           DIRK D. LARSEN
                                           Attorneys for Defendants
                                           CITY OF CLEARLAKE, ALLAN McLAIN,
                                           LEE LAMBERT, JANINE LOWE, SCOTT
                                           SPIVEY, CURT GIAMBRUNO, CHUCK
                                           LEONARD, JUDY THEIN, ROY SIMONS, TODD
                                           MILLER, CARL MILLER, RODD JOSEPH, AND
                                           BRETT RHODES


Dated:  November  //, 2009.


                                        CLARENCE & DYER LLP


                                        By_____
                                           KATE DYER
                                           CRAIG H. BESSENGER
                                           Attorneys for Defendant
                                           PACIFIC GAS & ELECTRIC COMPANY

Dated:  November _____, 2009.


                                        _____
                                           FREAR STEPHEN SCHMID
                                           Attorney for Plaintiffs
                                           GRANT MEYER AND MARILYN MEYER

-3-

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties herein, and good cause appearing therefor, it is

HEREBY ORDERED:

1.     That the deadline for all discovery be continued from December 11, 2009, to January 11, 2010;

2.     That the deadline for the disclosure of expert witnesses be continued from November 16, 2009, to December 16, 2009;

3.     That the deadline for the disclosure of rebuttal expert witnesses be continued from November 25, 2009, to December 23, 2009;

4.     That the hearing of dispositive motions be continued from February 11, 2010, at 10:00 a.m., to February 25, 2010, at 10:00 a.m. / _____, with the deadlines for filing moving, opposition and reply papers in accordance with Civil L.R. 7-2 and 7-3.

IT IS SO ORDERED.

Dated:   November 13, 2009                    .

                                                          _____
                                                          HON. MARIA-ELENA JAMES
                                                          UNITED STATES MAGISTRATE JUDGE