MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
CITY OF CLEARLAKE, ALLAN McLAIN,
LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY,
CURT GIAMBRUNO, CHUCK LEONARD,
JUDY THEIN, ROY SIMONS, TODD MILLER,
CARL MILLER, RODD JOSEPH, AND BRETT RHODES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MEYER AND MARILYN MEYER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, JOSEPH ROOD, SARGENT RHODES, PACIFIC GAS & ELECTRIC, AND ALL AMERICAN TOWING,<br><br>　　　　Defendants. | Case No. 3:08-cv-04372 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES |

The parties to the above-captioned action, through their respective counsel, hereby stipulate as set forth below, and request that the Court enter an order pursuant to their stipulation:

　　　　1.　　To continue the deadline for all discovery from January 11, 2010, to February 25, 2010;

　　　　2.　　To continue the deadline for the disclosure of expert witnesses from December 16, 2009, to January 29, 2010;

　　　　3.　　To continue the deadline for the disclosure of rebuttal expert witnesses from December 23, 2009, to February 10, 2010;

4. To continue the hearing of any dispositive motions from February 25, 2010, at 10:00 a.m., to March 25, 2010, at 10:00 a.m., or to a date as soon thereafter as may be convenient for the Court, with the deadlines for filing moving, opposition and reply papers in accordance with Civil L.R. 7-2 and 7-3.

The parties do not request a continuance of the trial date or the remaining pretrial deadlines.

Good cause exists for the requested continuance in that:

1. The parties attended a productive early neutral evaluation session in August 2009, after which they exchanged written discovery;

2. The parties had originally scheduled plaintiffs' depositions to take place in November 2009. The depositions did not go forward as scheduled due to the illness of counsel for the City of Clearlake defendants, and were thus scheduled for December 17 and 18, 2009, as plaintiffs' counsel had a trial in another matter scheduled for late November 2009. On November 13, 2009, the Court continued the original discovery and dispositive-motion deadlines by approximately one month, thus accommodating this change in schedule;

3. Plaintiff counsel's trial originally scheduled for late November 2009 has been unexpectedly delayed so that it will still be taking place as of December 17 and 18, 2009, thus rendering plaintiffs' counsel unavailable for the depositions scheduled for those dates;

4. The disclosure of experts and analysis of potential dispositive motions will depend to a large degree on plaintiffs' deposition testimony;

///
///
///
///
///
///
///
///
///

5. The parties request a continuance only of the discovery and dispositive-motion deadlines, not of the trial date or other pretrial deadlines, and do not anticipate that the approximately one-month continuance will affect their ability to prepare for trial.

SO STIPULATED.

Dated: December 16, 2009.

                LOW, BALL & LYNCH

                By s/ Dirk D. Larsen
                MARK F. HAZELWOOD
                DIRK D. LARSEN
                Attorneys for Defendants
                CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, RODD JOSEPH, AND BRETT RHODES

Dated: December 16, 2009.

                CLARENCE & DYER LLP

                By s/ Craig H. Bessenger
                KATE DYER
                CRAIG H. BESSENGER
                Attorneys for Defendant
                PACIFIC GAS & ELECTRIC COMPANY

Dated: December 16, 2009.

                s/ Frear Stephen Schmid
                FREAR STEPHEN SCHMID
                Attorney for Plaintiffs
                GRANT MEYER AND MARILYN MEYER

| | |
|---|---|
|1| ~~[PROPOSED]~~ ORDER |
|2| Pursuant to the stipulation of the parties herein, and good cause appearing therefor, it is |
|3| HEREBY ORDERED: |

1. That the deadline for all discovery be continued from January 11, 2010, to February 25, 2010;

2. That the deadline for the disclosure of expert witnesses be continued from December 16, 2009, to January 29, 2010;

3. That the deadline for the disclosure of rebuttal expert witnesses be continued from December 23, 2009, to February 10, 2010;

4. That the hearing of dispositive motions be continued from February 25, 2010, at 10:00 a.m., to March 25, 2010, at 10:00 a.m. / _____, with the deadlines for filing moving, opposition and reply papers in accordance with Civil L.R. 7-2 and 7-3.

IT IS SO ORDERED.

Dated: December 21, 2009

_____
HON. MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE