FREAR STEPHEN SCHMID, CSB NO. 96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 788-5957
FACSIMILE: (415) 788-5958

Attorneys for Plaintiffs
GRANT MEYER AND MARILYN MEYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT MEYER AND MARILYN
MEYER,

          Plaintiffs,

v.

CITY OF CLEARLAKE, ALLAN
McCLAIN, LEE LAMBERT, JANINE
LOWE, SCOTT SPIVEY, CURT
GIAMBRUNO, CHUCK LEONARD,
JUDY THEIN, ROY SIMONS, TODD
MILLER, CARL MILLER, JOSEPH
RODD, SARGENT RHODES, PACIFIC
GAS & ELECTRIC COMPANY, AND
ALL AMERICAN TOWING,

          Defendants.
_____/

No.  C-08-4372 MEJ

**STIPULATION TO CONTINUE THE
SUMMARY JUDGMENT HEARING
DATE TO APRIL 8, 2010 AND TO
HAVE THE MATTER SENT TO A
SETTLEMENT CONFERENCE
BEFORE A MAGISTRATE JUDGE
AND [PROPOSED] ORDER**

      The parties, by and through their respective counsel of record, hereby stipulate to

the following:

      The summary judgment motion in this matter currently scheduled for a hearing

on March 25, 2010, will be continued to April 8, 2010, with the opposition due on March

18, 2010, and a reply due on March 25, 2010.  The parties also stipulate to have the

matter sent to a settlement conference before the Honorable Magistrate Judge James

1

STIPULATION TO CONTINUE SJ HEARING DATE TO APRIL 8, 2010 AND TO
HAVE THE MATTER SENT TO A SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE

1  Larson on March 12, 2010, at 10:00 AM, in Courtroom F.

2  DATED: March 4, 2010                    Respectfully submitted,

3

4                                          /s/ *Frear Stephen Schmid*
                                           Frear Stephen Schmid, Attorneys for
                                           Plaintiffs GRANT MEYER and
5                                          MARILYN MEYER

6  DATED: March 4, 2010                    LOW BALL & LYNCH

7

8                                          /s/ *Mark F. Hazelwood*
                                           Mark F. Hazelwood, Attorneys for
                                           Defendants CITY OF CLEARLAKE,
9                                          ALLAN McCLAIN, LEE LAMBERT,
                                           JANINE LOWE, SCOTT SPIVEY, CURT
10                                         GIAMBRUNO, CHUCK LEONARD,
                                           JUDY THEIN, ROY SIMONS, TODD
11                                         MILLER, CARL MILLER, RODD
                                           JOSEPH, AND BRETT RHODES

12

13                                    **ORDER**

14
        Pursuant to the foregoing stipulation between the parties, the summary judgment
15
in the above matter is re-set for April 8, 2010, at 10:00 AM, with the opposition brief due
16
on or before March 18, 2010, and the reply due on or before March 25, 2010.
17
        Further, this matter is ordered to a settlement conference before the Honorable
18
Magistrate Judge James Larson on March 12, 2010, at 10:00 AM, in Courtroom F.
19
        **IT IS SO ORDERED.**
20
   DATED:  March _____4_____, 2010
21

22
                                           _____
                                           Honorable Maria-Elena James
23                                         Judge of the United States District Court

24

25

26

27

28