```
1  FREAR STEPHEN SCHMID, CSB NO. 96089
   ATTORNEY AT LAW
2  177 POST STREET, SUITE 890
   SAN FRANCISCO, CA 94108
3  TELEPHONE: (415) 788-5957
   FACSIMILE: (415) 788-5958
4
   Attorneys for Plaintiffs
5  GRANT MEYER AND MARILYN MEYER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MEYER AND MARILYN MEYER,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF CLEARLAKE, ALLAN McCLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, JOSEPH RODD, SARGENT RHODES, PACIFIC GAS & ELECTRIC COMPANY, AND ALL AMERICAN TOWING,<br><br>    Defendants._____/ | No.  C-08-4372 MEJ<br><br>**STIPULATION TO CONTINUE THE SUMMARY JUDGMENT HEARING DATE TO APRIL 8, 2010 AND TO HAVE THE MATTER SENT TO A SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE AND [PROPOSED] ORDER** |

   The parties, by and through their respective counsel of record, hereby stipulate to the following:

   The summary judgment motion in this matter currently scheduled for a hearing on March 25, 2010, will be continued to April 8, 2010, with the opposition due on March 18, 2010, and a reply due on March 25, 2010.  The parties also stipulate to have the matter sent to a settlement conference before the Honorable Magistrate Judge James

1

STIPULATION TO CONTINUE SJ HEARING DATE TO APRIL 8, 2010 AND TO
HAVE THE MATTER SENT TO A SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE

1 | Larson on March 12, 2010, at 10:00 AM, in Courtroom F.

2 | DATED: March 4, 2010                    Respectfully submitted,

  /s/ *Frear Stephen Schmid*
  Frear Stephen Schmid, Attorneys for
  Plaintiffs GRANT MEYER and
  MARILYN MEYER

DATED: March 4, 2010                    LOW BALL & LYNCH

  /s/ *Mark F. Hazelwood*
  Mark F. Hazelwood, Attorneys for
  Defendants CITY OF CLEARLAKE,
  ALLAN McCLAIN, LEE LAMBERT,
  JANINE LOWE, SCOTT SPIVEY, CURT
  GIAMBRUNO, CHUCK LEONARD,
  JUDY THEIN, ROY SIMONS, TODD
  MILLER, CARL MILLER, RODD
  JOSEPH, AND BRETT RHODES

## **ORDER**

Pursuant to the foregoing stipulation between the parties, the summary judgment in the above matter is re-set for April 8, 2010, at 10:00 AM, with the opposition brief due on or before March 18, 2010, and the reply due on or before March 25, 2010.

Further, this matter is ordered to a settlement conference before the Honorable Magistrate Judge James Larson on March 12, 2010, at 10:00 AM, in Courtroom F.

**IT IS SO ORDERED.**

DATED: March __4__, 2010

_____
Honorable Maria-Elena James
Judge of the United States District Court

STIPULATION TO CONTINUE SJ HEARING DATE TO APRIL 8, 2010 AND TO
HAVE THE MATTER SENT TO A SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE