1 DALE L. ALLEN, JR., # 145279
MARK F. HAZELWOOD, # 136521
2 DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
3 505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
4 Telephone (415) 981-6630
Facsimile (415) 982-1634
5
Attorneys for Defendants
6 CITY OF CLEARLAKE, ALLAN McLAIN,
LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY,
7 CURT GIAMBRUNO, CHUCK LEONARD,
JUDY THEIN, ROY SIMONS, TODD MILLER,
8 CARL MILLER, RODD JOSEPH, AND BRETT RHODES

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

13 GRANT MEYER AND MARILYN MEYER,   ) Case No. 3:08-cv-04372 MEJ
                                   )
14                  Plaintiffs,    ) STIPULATION AND
                                   ) [PROPOSED] ORDER TO
15      vs.                        ) CONTINUE SUMMARY
                                   ) JUDGMENT HEARING AND
16 CITY OF CLEARLAKE, ALLAN McLAIN, LEE ) BRIEFING DEADLINES
LAMBERT, JANINE LOWE, SCOTT SPIVEY, )
17 CURT GIAMBRUNO, CHUCK LEONARD, JUDY )
THEIN, ROY SIMONS, TODD MILLER, CARL )
18 MILLER, JOSEPH ROOD, SARGENT RHODES, )
PACIFIC GAS & ELECTRIC, AND ALL    )
19 AMERICAN TOWING,                )
                                   )
20                  Defendants.    )
                                   )
21 _____ )

22      The parties to the above-captioned matter, by and through their respective counsel, hereby

23 stipulate to continue the summary-judgment hearing in this matter, currently scheduled for April 8, 2010,

24 to April 15, 2010, with the opposition due on March 25, 2010, and a reply due April 1, 2010. Good

25 cause for the requested continuance exists because the parties attended a settlement conference before

26 the Honorable Magistrate Judge James Larson on March 12, 2010, and, while the case did not settle at

27 ///

28 ///

-1-

that conference, the parties continue to engage in fruitful settlement negotiations aimed at full resolution of this matter, and this continuance would facilitate the settlement process.

SO STIPULATED.

Dated: March 17, 2010.

                         LOW, BALL & LYNCH

By   s/ Dirk D. Larsen
    DALE L. ALLEN, JR.
    MARK F. HAZELWOOD
    DIRK D. LARSEN
    Attorneys for Defendants
    CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, RODD JOSEPH, AND BRETT RHODES

Dated: March 17, 2010.

By   s/ Frear Stephen Schmid
    FREAR STEPHEN SCHMID
    Attorney for Plaintiffs
    GRANT MEYER AND MARILYN MEYER

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties herein, and good cause appearing therefor, it is hereby ordered that the summary-judgment hearing in the above matter be continued to April 15, 2010, at 10:00 a.m., with the opposition brief due on or before March 25, 2010, and the reply due on or before April 1, 2010.

IT IS SO ORDERED.

Dated: March 17, 2010.

_____
HON. MARIA-ELENA JAMES
U.S. MAGISTRATE JUDGE