1    DALE L. ALLEN, JR., # 145279
     MARK F. HAZELWOOD, # 136521
2    DIRK D. LARSEN, # 246028
     LOW, BALL & LYNCH
3    505 Montgomery Street, 7th Floor
     San Francisco, California  94111-2584
4    Telephone (415) 981-6630
     Facsimile (415) 982-1634

5

6    Attorneys for Defendants
     CITY OF CLEARLAKE, ALLAN McLAIN,
     LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY,
7    CURT GIAMBRUNO, CHUCK LEONARD,
     JUDY THEIN, ROY SIMONS, TODD MILLER,
8    CARL MILLER, RODD JOSEPH, AND BRETT RHODES

9

10                 UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

| | | |
|---|---|---|
| 13 GRANT MEYER AND MARILYN MEYER, | ) | Case No. 3:08-cv-04372 MEJ |
| 14           Plaintiffs, | ) ) | STIPULATION AND |
| 15    vs. | ) ) ) | ~~[PROPOSED]~~ ORDER TO CONTINUE SUMMARY JUDGMENT HEARING AND |
| 16 CITY OF CLEARLAKE, ALLAN McLAIN, LEE | ) | BRIEFING DEADLINES |
|    LAMBERT, JANINE LOWE, SCOTT SPIVEY, | ) | |
| 17 CURT GIAMBRUNO, CHUCK LEONARD, JUDY | ) | |
|    THEIN, ROY SIMONS, TODD MILLER, CARL | ) | |
| 18 MILLER, JOSEPH ROOD, SARGENT RHODES, | ) | |
|    PACIFIC GAS & ELECTRIC, AND ALL | ) | |
| 19 AMERICAN TOWING, | ) | |
| | ) | |
| 20           Defendants. | ) ) | |
| 21 _____ | ) | |

22        The parties to the above-captioned matter, by and through their respective counsel, hereby

23 stipulate to continue the summary-judgment hearing in this matter, currently scheduled for April 8, 2010,

24 to April 15, 2010, with the opposition due on March 25, 2010, and a reply due April 1, 2010.  Good

25 cause for the requested continuance exists because the parties attended a settlement conference before

26 the Honorable Magistrate Judge James Larson on March 12, 2010, and, while the case did not settle at

27 ///

28 ///

STIPULATION TO CONTINUE SUMMARY JUDGMENT HEARING AND BRIEFING DEADLINES

J:\1427\sf0003\Pld\P-stip-cont-msj.wpd                                Case No. 3:08-cv-04372-MEJ

1  that conference, the parties continue to engage in fruitful settlement negotiations aimed at full resolution

2  of this matter, and this continuance would facilitate the settlement process.

3      SO STIPULATED.

4

5      Dated: March 17, 2010.

6                                      LOW, BALL & LYNCH

7

8                                      By___s/ Dirk D. Larsen_____
                                       DALE L. ALLEN, JR.
9                                      MARK F. HAZELWOOD
                                       DIRK D. LARSEN
10                                     Attorneys for Defendants
                                       CITY OF CLEARLAKE, ALLAN McLAIN,
                                       LEE LAMBERT, JANINE LOWE, SCOTT
11                                     SPIVEY, CURT GIAMBRUNO, CHUCK
                                       LEONARD, JUDY THEIN, ROY SIMONS, TODD
12                                     MILLER, CARL MILLER, RODD JOSEPH, AND
                                       BRETT RHODES
13
       Dated: March 17, 2010.
14

15                                     By___s/ Frear Stephen Schmid_____
                                       FREAR STEPHEN SCHMID
16                                     Attorney for Plaintiffs
                                       GRANT MEYER AND MARILYN MEYER
17

18                          [PROPOSED] ORDER

19      Pursuant to the stipulation of the parties herein, and good cause appearing therefor, it is hereby

20  ordered that the summary-judgment hearing in the above matter be continued to April 15, 2010, at

21  10:00 a.m., with the opposition brief due on or before March 25, 2010, and the reply due on or before

22  April 1, 2010.

23      IT IS SO ORDERED.

24

25      Dated: ___March 17, 2010___.

26

27                                     _____

28                                     HON. MARIA-ELENA JAMES
                                       U.S. MAGISTRATE JUDGE

-2-