1  FREAR STEPHEN SCHMID, CSB NO. 96089
   ATTORNEY AT LAW
2  177 POST STREET, SUITE 890
   SAN FRANCISCO, CA 94108
3  TELEPHONE: (415) 788-5957
   FACSIMILE: (415) 788-5958
4
   Attorneys for Plaintiffs
5  GRANT MEYER AND MARILYN MEYER

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | GRANT MEYER AND MARILYN MEYER,          | No. C-08-4372 MEJ |
12 |                                          | STIPULATED DISMISSAL OF ACTION BY PLAINTIFFS AS AGAINST DEFENDANT PACIFIC GAS & ELECTRIC COMPANY ONLY [FEDERAL RULE OF CIVIL PROCEDURE 41] |
   |           Plaintiffs,                    | |
13 | v.                                       | |
14 | CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, JOSEPH RODD, SARGENT RHODES, PACIFIC GAS & ELECTRIC COMPANY, AND ALL AMERICAN TOWING, | |
   |           Defendants.                    / | |

23     Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs Grant Meyer and

24 Marilyn Meyer voluntarily dismiss their claims against defendant Pacific Gas & Electric

25 Company with prejudice, each party to bear their own costs and attorney fees.  All

26 parties to this litigation have stipulated to said dismissal as indicated by signature of

27 counsel below representing all parties.

28 ///

1 | DATED: March 17, 2010 | Respectfully submitted,

/s/ *Frear Stephen Schmid*
Frear Stephen Schmid, Attorneys for Plaintiffs GRANT MEYER AND MARILYN MEYER

DATED: March 17, 2010 | LOW BALL & LYNCH

/s/ *Mark F. Hazelwood*
Mark F. Hazelwood, Attorneys for Defendants CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWER, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, JOSEPH RODD, and BRETT RHODES

DATED: March 17, 2010 | CLARENCE & DYER, LLP

/s/ *Craig Bessenger*
Craig H. Bessenger, Attorneys for PACIFIC GAS & ELECTRIC COMPANY

Dated: March 17, 2010

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Maria-Elena James]