| | |
|---|---|
| 1 | DALE L. ALLEN, JR., # 145279 |
| | MARK F. HAZELWOOD, # 136521 |
| 2 | DIRK D. LARSEN, # 246028 |
| | LOW, BALL & LYNCH |
| 3 | 505 Montgomery Street, 7th Floor |
| | San Francisco, California 94111-2584 |
| 4 | Telephone (415) 981-6630 |
| | Facsimile (415) 982-1634 |

Attorneys for Defendants
CITY OF CLEARLAKE, ALLAN McLAIN,
LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY,
CURT GIAMBRUNO, CHUCK LEONARD,
JUDY THEIN, ROY SIMONS, TODD MILLER,
CARL MILLER, RODD JOSEPH, AND BRETT RHODES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GRANT MEYER AND MARILYN MEYER, | ) | Case No. 3:08-cv-04372 MEJ |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER TO STAY |
| vs. | ) | ALL PROCEEDINGS |
| | ) | |
| CITY OF CLEARLAKE, ALLAN McLAIN, LEE | ) | |
| LAMBERT, JANINE LOWE, SCOTT SPIVEY, | ) | |
| CURT GIAMBRUNO, CHUCK LEONARD, JUDY | ) | |
| THEIN, ROY SIMONS, TODD MILLER, CARL | ) | |
| MILLER, JOSEPH ROOD, SARGENT RHODES, | ) | |
| PACIFIC GAS & ELECTRIC, AND ALL | ) | |
| AMERICAN TOWING, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

WHEREAS, the parties to the above-captioned action have reached an agreement in principle for full and final settlement of the action, which agreement needs to be reduced to writing; and

WHEREAS, the terms of said agreement are to be recorded in a consent decree that the parties are presently preparing;

The parties, by and through their respective counsel, hereby stipulate that all proceedings in the action, including but not limited to defendants' motion for summary judgment and the trial, be stayed pending the execution of said consent decree and the full performance of the terms thereof, and the

-1-
STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS

parties hereby request that the Court enter an order pursuant to their stipulation.

SO STIPULATED.

Dated: March 25, 2010.

                        LOW, BALL & LYNCH

By  s/ Dirk D. Larsen
    DALE L. ALLEN, JR.
    MARK F. HAZELWOOD
    DIRK D. LARSEN
    Attorneys for Defendants
    CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, RODD JOSEPH, AND BRETT RHODES

Dated: March 25, 2010.

By  s/ Frear Stephen Schmid
    FREAR STEPHEN SCHMID
    Attorney for Plaintiffs
    GRANT MEYER AND MARILYN MEYER

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties herein, it is HEREBY ORDERED that all proceedings in the above-captioned action are stayed pending the execution of the consent decree to be prepared by the parties and the full performance of the terms thereof.

IT IS SO ORDERED. That all dates are hereby vacated and all proceedings are stayed.

Dated: March 26, 2010 .

HON. MARIA-ELENA JAMES
U.S. MAGISTRATE JUDGE