DALE L. ALLEN, JR., # 145279
MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
CITY OF CLEARLAKE, ALLAN McLAIN,
LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY,
CURT GIAMBRUNO, CHUCK LEONARD,
JUDY THEIN, ROY SIMONS, TODD MILLER,
CARL MILLER, RODD JOSEPH, AND BRETT RHODES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MEYER AND MARILYN MEYER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, JOSEPH ROOD, SARGENT RHODES, PACIFIC GAS & ELECTRIC, AND ALL AMERICAN TOWING, <br><br> Defendants. | Case No. 3:08-cv-04372 MEJ <br><br> STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS |

WHEREAS, the parties to the above-captioned action have reached an agreement in principle for full and final settlement of the action, which agreement needs to be reduced to writing; and

WHEREAS, the terms of said agreement are to be recorded in a consent decree that the parties are presently preparing;

The parties, by and through their respective counsel, hereby stipulate that all proceedings in the action, including but not limited to defendants' motion for summary judgment and the trial, be stayed pending the execution of said consent decree and the full performance of the terms thereof, and the

1  parties hereby request that the Court enter an order pursuant to their stipulation.

2  SO STIPULATED.

4  Dated: March 25, 2010.

5          LOW, BALL & LYNCH

7  By   s/ Dirk D. Larsen
    DALE L. ALLEN, JR.
8      MARK F. HAZELWOOD
    DIRK D. LARSEN
9      Attorneys for Defendants
    CITY OF CLEARLAKE, ALLAN McLAIN,
10     LEE LAMBERT, JANINE LOWE, SCOTT
    SPIVEY, CURT GIAMBRUNO, CHUCK
11     LEONARD, JUDY THEIN, ROY SIMONS, TODD
    MILLER, CARL MILLER, RODD JOSEPH, AND
12     BRETT RHODES

13 Dated: March 25, 2010.

15 By   s/ Frear Stephen Schmid
    FREAR STEPHEN SCHMID
    Attorney for Plaintiffs
16     GRANT MEYER AND MARILYN MEYER

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties herein, it is HEREBY ORDERED that all proceedings in the above-captioned action are stayed pending the execution of the consent decree to be prepared by the parties and the full performance of the terms thereof.

IT IS SO ORDERED. That all dates are hereby vacated and all proceedings are stayed.

Dated: March 26, 2010 .

HON. MARIA-ELENA JAMES
U.S. MAGISTRATE JUDGE