**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

GRANT MEYER,

                Plaintiff(s),              No. C 08-04372 MEJ

  v.

CLEARLAKE CITY OF,                  **ORDER RE STATUS**

                Defendant(s).
_____/

On March 26, 2010, the Court stayed the above-captioned matter pending execution of a consent decree. (Dkt. #59.) As the case is stayed but remains pending, the Court ORDERS the parties to file a joint status report and/or dismissal by July 8, 2010.

**IT IS SO ORDERED.**

Dated: June 18, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge