FREAR STEPHEN SCHMID, CSB NO. 96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 788-5957
FACSIMILE: (415) 788-5958

Attorney for Plaintiffs
GRANT MEYER AND MARILYN MEYER

MARK F. HAZELWOOD, CSB NO. 136521
DIRK D. LARSEN, CSB NO. 246028
LOW BALL & LYNCH
505 MONTGOMERY STREET, 7TH FLOOR
SAN FRANCISCO, CA 94111-2584
TELEPHONE: 415-981-6630
FACSIMILE: 415-982-1634

Attorneys for Defendants CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, RODD JOSEPH, AND BRETT RHODES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MEYER AND MARILYN MEYER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, JOSEPH RODD, SARGENT RHODES, PACIFIC GAS & ELECTRIC COMPANY, AND ALL AMERICAN TOWING,<br><br>Defendants.<br>_____/ | No. C-08-4372 MEJ<br><br>**JOINT STATUS STATEMENT**<br>AND ORDER THEREON<br><br>Date: November 18, 2010<br>Time: 10:00 AM<br>Courtroom: B |

Pursuant to the court's order of November 5, 2010, the parties hereby submit this joint status statement as follows:

---
JOINT STATUS STATEMENT

1

At this stage, the parties have drafted a proposed consent decree. The terms of the consent decree are subject to approval by the City of Clearlake City Council. The City of Clearlake City Council will be reviewing and considering the consent decree in closed session on December 9, 2010. If the consent decree is approved by the City Council, the parties will then be submitting the consent decree to the court for its approval. As such, the parties jointly request that the scheduled status conference of November 18, 2010, be continued to a date convenient for the court after December 9, 2010.

DATED: November 8, 2010                Respectfully submitted,

/s/ Frear Stephen Schmid
Frear Stephen Schmid, Attorneys for
Plaintiffs GRANT MEYER and
MARILYN MEYER

DATED: November 8, 2010                LOW BALL & LYNCH

/s/ Mark F. Hazelwood
Mark F. Hazelwood, Attorneys for
Defendants CITY OF CLEARLAKE,
ALLAN McLAIN, LEE LAMBERT,
JANINE LOWE, SCOTT SPIVEY,
CURT GIAMBRUNO, CHUCK
LEONARD, JUDY THEIN, ROY
SIMONS, TODD MILLER, CARL
MILLER, JOSEPH RODD, and
SARGENT RHODES

The November 18, 2010 status conference is VACATED. The parties shall file a joint status report within 14 days of the City Council's decision.

Dated: November 15, 2010

