UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GRANT MEYER and MARILYN MEYER,<br><br>    Plaintiffs,<br>  v.<br><br>CITY OF CLEARLAKE, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-04372 MEJ<br><br>**ORDER RE: STATUS** |

On December 2, 2010, the Court granted the parties' request to enter into a consent decree. Dkt. No. 70. At that time, the parties stated that they would file a stipulated request for dismissal upon completion of certain settlement terms. As no further filings have been made, the Court ORDERS the parties to file a joint status report by June 23, 2011.

**IT IS SO ORDERED.**

Dated: June 1, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge