1 | DALE L. ALLEN, JR., # 145279
MARK F. HAZELWOOD, # 136521
2 | DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
3 | 505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
4 | Telephone (415) 981-6630
Facsimile (415) 982-1634
5
Attorneys for Defendants
6 | CITY OF CLEARLAKE, ALLAN McLAIN,
LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY,
7 | CURT GIAMBRUNO, CHUCK LEONARD,
JUDY THEIN, ROY SIMONS, TODD MILLER,
8 | CARL MILLER, RODD JOSEPH, AND BRETT RHODES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MEYER AND MARILYN MEYER, | Case No. 3:08-cv-04372 MEJ |
| Plaintiffs, | STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |
| vs. | |
| CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, JOSEPH ROOD, SARGENT RHODES, PACIFIC GAS & ELECTRIC, AND ALL AMERICAN TOWING, | |
| Defendants. | |

1. The Parties have entered into a Release of All Claims in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

J:\1427\sf0003\Pld\Stip-Dismissal.wpd                                                                Case No.: 3:08-cv-04372 MEJ

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated: June _____, 2011.    ATTORNEY AT LAW

By /s/ Frear Stephen Schmid
FREAR STEPHEN SCHMID, ESQ.
Attorney for Plaintiffs
GRANT MEYER AND MARILYN MEYER

Dated: June _____, 2011.

LOW, BALL & LYNCH

By /s/ Mark F. Hazelwood
DALE L. ALLEN, JR.
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendants
CITY OF CLEARLAKE, ALLAN McLAIN, LEE LAMBERT, JANINE LOWE, SCOTT SPIVEY, CURT GIAMBRUNO, CHUCK LEONARD, JUDY THEIN, ROY SIMONS, TODD MILLER, CARL MILLER, RODD JOSEPH, AND BRETT RHODES

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>MEYER, et al. v. CITY OF CLEARLAKE, et al.</u>, Case Number 3:08-cv-04372 MEJ, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: June 22, 2011

_____
MARIA ELENA JAMES
UNITED STATES DISTRICT JUDGE